UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTINE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES EAST, LP, <br><br> Defendant. | Civil Action No. 2:17-cv-00238-DBH |

**STIPULATION OF DISMISSAL**

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 15th day of March 2018

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
207-874-0905

/s/ Shiloh D. Theberge
Shiloh D. Theberge
Attorney for Defendant

Littler Mendelson
One Monument Square, 6th Floor
Portland, ME 04101
207-774-6001